452 A.2d 64

Commonwealth v. Moore, Appellant.

Submitted May 25, 1982. Arthur Henry James, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WIEAND and BECK, JJ.

Judgment of sentence affirmed.

---

452 A.2d 65

Commonwealth v. Morgan, Appellant.

Submitted April 5, 1982. Robert A. Longo, for appellant; Michael H. Ranck, District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and CIRILLO, JJ.

Judgment of sentence affirmed.